**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DANIEL ALLEN HENDERSON
ADC #551347**                                                                                                   **PLAINTIFF**

**V.**                     **CASE NO. 4:15-CV-229 BRW/BD**

**ALICIA HARDY, et al.**                                                                                       **DEFENDANTS**

**ORDER**

Daniel Allen Henderson, an inmate at the Conway County Detention Center ("Detention Center"), filed this lawsuit pro se under 42 U.S.C. § 1983.  (Docket entry #2) Because Mr. Henderson did not file a complete *in forma pauperis* ("IFP") application, including an inmate account information sheet, the Court denied his motion to proceed IFP.  (#3)  Mr. Henderson then submitted his commissary receipts and explained that Detention Center officials have refused to complete his inmate account information sheet. (#4)

Mr. Henderson has fourteen (14) days from the date of this order to submit a complete IFP application, including an inmate account information sheet.  The Clerk of the Court is directed to send a copy of this Order to the Warden/Director of the Conway County Detention Facility, 30 Southern Valley Drive, Morrilton, Arkansas 72110.  If Detention Center officials to refuse to assist Mr. Henderson, Mr. Henderson is directed to promptly notify the Court, and the Court will schedule an emergency hearing to resolve this preliminary issue.

IT IS SO ORDERED, this 26th day of May, 2015.

*[signature]*
_____
UNITED STATES MAGISTRATE JUDGE